IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NICOLE CASHELL, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 5:24-CV-409 (CAR) |
| : | |
| HOWARD SHEPPARD INC., : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON MOTION TO DISMISS

Before the Court is Plaintiff Nicole Cashell's *pro se* Motion to Dismiss [Doc. 15] in which she seeks a court order dismissing her case. Defendant Howard Sheppard Inc. represents it does not oppose Plaintiff's Motion. Having considered the Motion, and given that Defendant does not oppose Plaintiff's request, Plaintiff's Motion [Doc. 15] is hereby **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this 25th day of September, 2025.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT